Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jeffrey A. Bollers, Esq.
Nevada Bar No. 016501
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jeffrey.Bollers@wilsonelser.com
*Attorneys for Plaintiff*
*The Standard Fire Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>XIYUE YANG, an individual,<br><br>Defendant. | Case No.  2:25-cv-01757-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff The Standard Fire Insurance Company ("SFIC") by and through its counsel of record, Sheri Thome, Esq. and Jeffrey A. Bollers, Esq., of the law offices of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Defendant Xiyue Yang by and through his attorney of record, Thomas N. Beckom, Esq. of Thomas Beckom Law, PLLC  hereby stipulate pursuant to Local Rule IA 6-1 to extend the time for Plaintiff SFIC to submit its Response to Defendant's Motion to Dismiss as follows:

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

1. Plaintiff filed its Complaint for Declaratory Relief and Breach of Contract on September 17, 2025. [ECF 1]

2. Defendant filed a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) on November 10, 2025. [ECF 6]

325182626v.1

3. Pursuant to LR 7-2(b), Plaintiff's Response in the Motion to Dismiss is due November 24, 2025. The parties have conferred and hereby stipulate to extend the time for the Plaintiff to file its Response to Defendant's Motion to Dismiss by ten (10) days, until December 4, 2025.

4. The stipulated extension will afford counsel for Plaintiff SFIC sufficient time to confer with the client representatives about Defendant's Motion, the arguments to be raised in the Response, and the bases therefor. The opportunity to do so earlier has been restricted by counsel's limited availability due to other obligations. No party will be prejudiced by the stipulated ten-day extension, nor will the stipulated extension unduly delay resolution of any issues in this case.

5. This stipulation is entered into in good faith, and not for purposes of delay or any other improper reason.

**IT IS SO STIPULATED.**

Dated this 20th day of November 2025

THOMAS BECKOM LAW PLLC

By:  */s/ Thomas N. Beckom*
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
610 South 9th Street
Las Vegas, Nevada 89101
*Attorney for Defendant Xiyue Yang*

Dated this 20th day of November 2025

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/ Jeffrey A. Bollers*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jeffrey A. Bollers, Esq.
Nevada Bar No. 016501
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Plaintiff The Standard Fire Insurance Company*

## ORDER

IT IS HEREBY ORDERED that pursuant to the above Stipulation, Plaintiff SFIC shall file its Response to Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) no later than December 4, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: 12/1/2025

-2-

325182626v.1