Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Plaintiff*
*The Standard Fire Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>XIYUE YANG, an individual,<br><br>Defendant. | Case No.  2:25-cv-01757-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

Plaintiff The Standard Fire Insurance Company and Defendant Xiyue Yang, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to file a response to Defendant's Motion to Stay Discovery[1] from Tuesday, February 3, 2026, to **Monday, February 9, 2026**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension.  Attorney Jeffrey Bollers, who was primarily handling the matter under the supervision of Sheri Thome, has recently left the firm, and attorney Sheri Thome will be taking over the primary handling of the matter pending a replacement.  Plaintiff requested, and Defendant agreed, to an extension of 6 days for Plaintiff to complete the response to accommodate this change. Accordingly, the parties agree that the requested extension is not in bad faith or to delay these proceedings unnecessarily.

---

[1] ECF No. 11.

329311072v.1

This is the parties' first request for extension of this deadline.

DATED this 3rd day of February, 2026.

DATED this 3rd day of February, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

THOMAS BECKOM LAW PLLC

By: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
sheri.thome@wilsonelser.com
*Attorneys for Plaintiff The Standard Fire*
*Insurance Company*

By: */s/ Thomas N. Beckom*
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
610 South 9th St.
Las Vegas, Nevada 89119
Phone: 702-628-9611
thomas@beckomlaw.vegas

Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 15447
LAWRENCE C. HILL & ASSOCIATES
8337 W. Sunset Rd., Suite 350
Las Vegas, Nevada 89113
sean@lvlegalhelp.com
*Attorneys for Defendant*
*Xiyue Yang*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED** that Plaintiff shall file a response to Defendant's Motion to Stay Discovery (ECF No. 11) on or before Monday, February 9, 2026.

_____
United States Magistrate Judge

Dated: _____February 3, 2026_____

329311072v.1