Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Plaintiff*
*The Standard Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>XIYUE YANG, an individual,<br><br>Defendant. | Case No. 2:25-cv-01757-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINES TO FILE DISPOSITIVE MOTIONS AND RESPONSES TO DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff The Standard Fire Insurance Company and Defendant Xiyue Yang, by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline to file dispositive motions from August 7, 2026 [ECF No. 18] to August 14, 2026.

The parties also stipulate and agree to extend the deadline to file responses to any dispositive motions filed to September 11, 2026.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Plaintiff's counsel needs additional time to prepare the dispositive motion and consult with her clients to obtain approval of the same. Also, defense counsel will need additional time to file a response to the dispositive motion due to his attendance and preparation for jury trial in the underlying case. The parties have each requested and agreed to these extensions. Accordingly, the parties agree that the requested extension is not in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of these deadlines.

DATED this 3rd day of August, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
sheri.thome@wilsonelser.com
*Attorneys for Plaintiff The Standard Fire Insurance Company*

DATED this 3rd day of August, 2026.

THOMAS BECKOM LAW PLLC

By: */s/ Thomas N. Beckom*
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
610 South 9th St.
Las Vegas, Nevada 89119
Phone: 702-628-9611
thomas@beckomlaw.vegas

Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 15447
LAWRENCE C. HILL & ASSOCIATES
8337 W. Sunset Rd., Suite 350
Las Vegas, Nevada 89113
sean@lvlegalhelp.com
*Attorneys for Defendant Xiyue Yang*

**ORDER**

**GOOD CAUSE SHOWN, IT IS ORDERED** that the dispositive motion deadline shall be extended to August 14, 2026.

**IT IS FURTHER ORDERED** that responses to dispositive motions shall be extended to September 11, 2026.

**IT IS SO ORDERED.**

United States Magistrate Judge

Dated: August 4, 2026