Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Plaintiff*
*The Standard Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE STANDARD FIRE INSURANCE COMPANY

Plaintiff,

v.

XIYUE YANG, an individual,

Defendant.

Case No. 2:25-cv-01757-JAD-NJK

**STIPULATION TO EXTEND DEADLINES TO:**

1. **FILE RESPONSES TO DISPOSITIVE MOTIONS (SECOND REQUEST)**

   **AND**

2. **FILE REPLY BRIEFS IN SUPPORT OF DISPOSITIVE MOTIONS (FIRST REQUEST)**

Plaintiff The Standard Fire Insurance Company ("Plaintiff") and Defendant Xiyue Yang ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the response in opposition and reply deadlines regarding Plaintiff's Motion for Partial Summary Judgment (ECF No. 30) and Defendant's Motion for Summary Judgment on All Claims (ECF No. 31).

The parties agree to extend the deadline to file responses in opposition to the Motions from September 11, 2026 to **September 16, 2026**. The parties also agree to extend the deadline to file reply briefs in support of their Motions from September 25, 2026 to **September 30, 2026**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as Plaintiff's counsel needs additional time to prepare the response to

Defendant's Motion and consult with her clients to obtain approval of the same. Plaintiff's counsel had some pressing office-related issues that have significantly disrupted her schedule, and needs a few more days to prepare Plaintiff's brief. Plaintiff requested the extension and Defendant fully cooperated and agreed. Accordingly, the parties agree that the requested extension is not in bad faith or to delay these proceedings unnecessarily.

This is the parties' second request to extend the deadline to file response briefs to dispositive motions and their first request to extend the deadline to file reply briefs.

DATED this 9th day of September, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
sheri.thome@wilsonelser.com
*Attorneys for Plaintiff The Standard Fire Insurance Company*

DATED this 9th day of September, 2026.

THOMAS BECKOM LAW PLLC

By: */s/ Thomas N. Beckom*
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
610 South 9th St.
Las Vegas, Nevada 89119
Phone: 702-628-9611
thomas@beckomlaw.vegas

Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 15447
LAWRENCE C. HILL & ASSOCIATES
sean@lvlegalhelp.com
*Attorneys for Defendant Xiyue Yang*

**ORDER**

**GOOD CAUSE SHOWN, IT IS ORDERED** that the deadline to file responses in opposition to dispositive motions shall be extended to September 16, 2026.

**IT IS FURTHER ORDERED** that reply briefs in support of dispositive motions shall be extended to September 30, 2026.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: 9/10/2026